**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6276**

SYRON DEVON ROGERS

Plaintiff - Appellant

v.

DAVID MACDONALD, Primary Health Care Physician, Augusta County
Correctional Center; TANYA LANDRUM, HSA, Augusta Correctional Center

Defendants - Appellees

and

HAROLD CLARKE, Director of the Virginia Department of Corrections;
FREDERICK SCHILLING, Director of Health Services; JOHN A. WOODSON,
Warden of Augusta Correctional Center; ARMOR CORRECTIONAL HEALTH
SERVICES, INC.

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at
Harrisonburg.  Michael F. Urbanski, Chief District Judge.  (5:17-cv-70073-MFU-JCH)

Submitted:  August 20, 2019                    Decided:  September 3, 2019

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Syron Devon Rogers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Syron Devon Rogers appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rogers v. MacDonald*, No. 5:17-cv-70073-MFU-JCH (W.D. Va. Jan. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*